**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SABRINA LOCKWOOD-DAVIS,**

    *Plaintiff,*

**v.**                                                                    **8:24-cv-02355-KKM-AAS**

**EQUIFAX INFORMATION**
**SERVICES LLC,**

    *Defendant.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION**
**SERVICES LLC**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that

Plaintiff and Defendant Equifax Information LLC have reached a settlement in this

case. Upon completion of the terms of settlement, Plaintiff will file the appropriate

documents to dismiss this case with prejudice.

Respectfully submitted on December 3, 2024.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392