UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:24-cv-2355-KKM                    DATE: December 3, 2024

TITLE: Lockwood-Davis v. Equifax Information Services LLC

TIME: 10:44 am – 10:45            TOTAL: 1 Minutes

Honorable     AMANDA ARNOLD SANSONE          Deputy Clerk: Jeremiah Smith

Court Reporter/Tape     Digital                Courtroom     ZOOM

Attorney for Plaintiffs:
Fethullah Gulen

Attorney for Defendants:
Jason Daniel Joffe

**PROCEEDINGS:**

**STATUS CONFERENCE**

The Court calls the case and counsel state their appearances for the record.

The Court discusses the IDEAL pilot program with counsel.

The Court to enter an order detailing the deadlines for the IDEAL program.

Court adjourned.